IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SCOTT PAVLAK,

    Plaintiff,

vs.                       No. 2:23-cv-00133-KRS/GJF

CIRILO CASTANEDA and
BULLFROG LOGISTICS, LLC,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION FOR REMAND

This matter came before the Court on the Unopposed Motion for Remand filed by Defendants Cirilo Castaneda and Bullfrog Logistics, LLC [Doc.#, filed May 12, 2023]. The Court, having reviewed the Motion, FINDS it is well taken.

IT IS HEREBY ORDERED THAT the above-captioned proceeding will be closed and this case will be remanded to the Fifth Judicial District in the County of Eddy, State of New Mexico.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED SATES MAGISTRATE JUDGE


Respectfully Submitted By:

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

   /s/ Lauren T. Winston

Seth L. Sparks
Lauren T. Winston
Post Office Box 1888
Albuquerque, New Mexico 87103-1888

Telephone:  505-765-5900
Facsimile:505-768-7395
ssparks@rodey.com
lwinston@rodey.com
*Attorneys for Defendants Cirilo Castaneda
and Bullfrog Logistics, LLC*

Approved By:

**RUHMANN LAW FIRM**

 */s/ Charles Ruhmann (electronically approved)*
**CHARLES J. RUHMANN, IV**
State Bar No. 21811
cruhmann@ruhmannlaw.com
5915 Silver Springs, Bldg. 1
El Paso, Texas 79912
(915) 845-4529
(915) 845-4534 Fax
*Attorneys for Plaintiff*